PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAY 04 2018

Clerk, U.S District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANSING ZACHARY ROCK ABOVE,<br><br>Defendant. | CR 18-60-BLG-SPW<br><br>INDICTMENT<br><br>ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY<br>(Count I)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release)<br><br>STRANGULATION<br>(Count II)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(8)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

### COUNT I

That on or about and between February 23, 2018, and February 25, 2018, at or near Crow Agency, in the State and District of Montana, and within the exterior

1

boundaries of the Crow Indian Reservation, being Indian Country, the defendant, LANSING ZACHARY ROCK ABOVE, an Indian person, intentionally assaulted N.D.W., an intimate and dating partner of the defendant, LANSING ZACHARY ROCK ABOVE, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

## COUNT II

That on or about and between February 23, 2018, and February 25, 2018, at or near Crow Agency, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, LANSING ZACHARY ROCK ABOVE, an Indian person, assaulted N.D.W., an intimate and dating partner of the defendant, LANSING ZACHARY ROCK ABOVE, by strangling N.W., in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail: _____