PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

AUG 16 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. LANSING ZACHARY ROCK ABOVE, Defendant. | CR 18-60-BLG-SPW<br><br>SUPERSEDING INDICTMENT<br><br>ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY (Count I)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release)<br><br>STRANGULATION<br>(Count II)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(8)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>TAMPERING WITH A VICTIM, WITNESS, OR INFORMANT<br>Title 18 U.S.C. §§ 1512(b)(1) and 2<br>(Penalty: Twenty years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about and between February 23, 2018, and February 25, 2018, at or near Crow Agency, within Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, LANSING ZACHARY ROCK ABOVE, an Indian person, intentionally assaulted N.D.W., an intimate and dating partner of the defendant, LANSING ZACHARY ROCK ABOVE, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

COUNT II

That on or about and between February 23, 2018, and February 25, 2018, at or near Crow Agency, within Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, LANSING ZACHARY ROCK ABOVE, an Indian person, assaulted N.D.W., an intimate and dating partner of the defendant, LANSING ZACHARY ROCK ABOVE, by strangling N.W., in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

COUNT III

That on or about a period between March 21, 2018, and March 23, 2018, at Crow Agency, within Big Horn County, and at Billings, within Yellowstone

County, in the State and District of Montana, and Wyoming, and elsewhere, the defendant, LANSING ZACHARY ROCK ABOVE, knowingly attempted to intimidate, threaten, and corruptly persuade N.D.W., with the intent to influence, delay, and prevent the testimony of N.D.W. in an official proceeding relating to the commission of federal offenses, namely assault resulting in substantial bodily injury and strangulation, and aided and abetted the same, in violation of 18 U.S.C. §§ 1512(b)(1) and 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_for_ _____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: USMS Custody
Bail: _____

3