FILED

SEP - 6 2018

Clerk, U S District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-60-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **LANSING ZACHARY ROCK ABOVE,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion for No Contact Order (Doc. 24), and for good cause shown,

IT IS HEREBY ORDERED that the defendant must avoid all contact, directly or indirectly, with any person who is or may be a witness in the investigation or prosecution, including: N.D.W., the victim in this case.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 6th day of September, 2018.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1