FILED



OCT 3 0 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-60-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LANSING ZACHARY ROCK ABOVE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for

Thursday, November 1, 2018 at 3:30 p.m. is **VACATED** and **RESET** for

**Thursday, November 1, 2018 at 2:30 p.m.,** changing the time of the hearing only.

DATED this 29th day of October, 2018.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1