IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
FEB 1 4 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANSING ZACHARY ROCK ABOVE,<br><br>Defendant. | CR 18-60-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, February 28, 2019 at 10:30 a.m., is **VACATED** and **RESET** to commence on **Friday, March 8, 2019, at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 13th day of February, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1